ACCEPTED
05-15-00272-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/28/2015 4:49:15 PM
LISA MATZ
CLERK

# NO. 05-15-00272-CV

In the Fifth Court of Appeals
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/28/2015 4:49:15 PM
LISA MATZ
Clerk

**JERRY WRIGHT AND STACI WRIGHT,**
Appellants,

v.

**GREGORY S. MENTA,**
Appellee.

On Appeal from the 59th District Court
Grayson, Texas
Trial Court Cause No. CV-12-0093

## NOTICE OF APPEARANCE

Now appearing as lead counsel in this matter on behalf of Appellee

Gregory S. Menta:

Peter M. Kelly
State Bar No. 00791011
KELLY, DURHAM & PITTARD, L.L.P.
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713.529.0048
Facsimile: 713.529.2498
Email: pkelly@texasappeals.com

Appellee requests that the court direct its clerk to note this appearance in the records it maintains with respect to this case. Donald H. Kidd will continue as co-counsel in this case.

Respectfully submitted,

KELLY, DURHAM & PITTARD, L.L.P.

By: /s/ Peter M. Kelly
Peter M. Kelly (Lead Counsel)
State Bar No. 00791011
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713.529.0048
Facsimile: 713.529.2498
Email: pkelly@texasappeals.com

PERDUE AND KIDD

By: /s/ Donald H. Kidd
Donald H. Kidd, Co-Counsel
State Bar No. 11383100
510 Bering Drive, Suite 550
Houston, Texas 77057
Telephone: 713.520.2500
Facsimile: 713.520.2525
Email: dkidd@perdueandkidd.com

HYNDS & GORDON, P.C.

By:     /s/ J. Don Gordon
        J. Don Gordon, Co-Counsel
        State Bar No. 08200200
        500 North Sam Rayburn Freeway
        Suite 200
        Sherman, Texas 75090
        Telephone: 903.892.1807
        Facsimile:  903.893.2015
        Email: jdon@hyndsgordon.com

        *Counsel for Appellee*
        *Gregory S. Menta*

## CERTIFICATE OF SERVICE

A true and correct copy of this *Notice of Appearance* has been forwarded to all counsel of record on May 28, 2015, as follows:

Bryan H. Burg
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
4949 Hedgcoxe Rd., Suite 230
Plano, Texas 75024
bryanburg@siebman.com
*Via Facsimile: 214.387.9125*

Clyde M. Siebman
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
Federal Courthouse Square
300 N. Travis Street
Sherman, Texas 75090
clydesiebman@siebman.com
*fax: 903.870.0066*

Elvin E. Smith, III
LAW OFFICES OF ELVIN E. SMITH, III PLLC
307 Dartbrook
Rockwall, Texas 75087
esmith@eeslaw.com
*fax: 972.722.3332*

**Counsel for Appellant Jerry Wright**

/s/ Peter M. Kelly
Peter M. Kelly